FILED - MQ
July 29, 2022 10:24 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mic SCANNED BY: 7/29/22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARDEN BAY FISHERIES, LLC,
JAMES P. HERMES, and
MICHAEL J. HERMES,

    Defendants.
_____/

**2:22-cr-14**
Robert J. Jonker - U.S. District Judge
Maarten Vermaat - Magistrate Judge

**FELONY INFORMATION**

The United States Attorney charges:

### COUNT 1
(Felony)
(False Labeling of Fish)

Between about March 17, 2017, and about September 23, 2017, in the Northern Division of the Western District of Michigan, the defendant,

**GARDEN BAY FISHERIES, LLC,**

through its employees and agents who were acting on behalf of the company and within the scope of their employment, knowingly made and submitted a false record with respect to fish with a market value in excess of $350.00, that were purchased by defendant and transported in interstate commerce.

**16 U.S.C. § 3372(d)(2)**
**16 U.S.C. § 3373(d)(3)(A)(ii)**

## COUNT 2
(Misdemeanor)
(Selling Contraband Fish)

Between about March 17, 2017, and about September 23, 2017, in the Northern Division of the Western District of Michigan, the defendant,

**JAMES P. HERMES,**

knowingly sold fish in interstate commerce, and in the exercise of due care should have known that the fish had been possessed in violation of Michigan state law, that is, Mich. Comp. Laws § 324.47319(3).

**16 U.S.C. § 3372(a)(2)(A)**
**16 U.S.C. § 3373(d)(2)**

## COUNT 3
(Misdemeanor)
(Selling Contraband Fish)

Between about March 17, 2017, and about September 23, 2017, in the Western District of Michigan, Northern Division, the defendant,

**MICHAEL J. HERMES,**

knowingly sold fish in interstate commerce, and in the exercise of due care should have known that the fish had been possessed in violation of Michigan state law, that is, Mich. Comp. Laws § 324.47319(3).

**16 U.S.C. § 3372(a)(2)(A)**
**16 U.S.C. § 3373(d)(2)**

MARK A. TOTTEN
United States Attorney

Date: July 29, 2022

　/s/ Paul D. Lochner
PAUL D. LOCHNER
Assistant United States Attorney

TODD KIM
Assistant Attorney General
Environment and
Natural Resources Division

Date: July 29, 2022

　/s/ Joel LaBissonniere
JOEL LABISSONNIERE
Trial Attorney